No. 96–645. SUBARU OF AMERICA, INC., ET AL. *v.* COMPTON. C. A. 10th Cir. Certiorari denied. 

No. 96–666. MEDICO *v.* SOBOLEVITCH, COURT ADMINISTRATOR OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 96–681. GREER ET AL. *v.* KANE, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. C. A. 10th Cir. Certiorari denied. 

No. 96–696. CULP *v.* HOOD ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–715. AFRICAN UNION METHODIST PROTESTANT CHURCH AND CONNECTION *v.* MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH; CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH *v.* MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH; and CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. *v.* MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTES- TANT CHURCH ET AL. Sup. Ct. Del. Certiorari denied. Re- ported below: 683 A. 2d 58 (first and third judgments); 687 A. 2d 194 (second judgment).

No. 96–718. GOETZMAN ET UX. *v.* AGRIBANK, FCB, FKA FED- ERAL LAND BANK OF ST. PAUL, FKA FARM CREDIT BANK OF ST. PAUL. C. A. 8th Cir. Certiorari denied. 

No. 96–726. HUMPHREYS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 96–740. WATSON ET VIR *v.* ISERN. Sup. Ct. Tex. Certio- rari denied. 

No. 96–745. ANCHORS *v.* UNITED STATES; and
No. 96–6650. ANDERSKOW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 88 F. 3d 245.

No. 96–760. HONN *v.* R. J. STEICHEN & CO. ET AL. Ct. App. Minn. Certiorari denied.

No. 96–765. KALLEVIG *v.* INTERNAL REVENUE SERVICE. C. A. 8th Cir. Certiorari denied.